IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROY McNEIL, | No. CIV S-08-2241-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J. WALKER, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2).  Plaintiff has not, however, submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  While plaintiff responded to the court's prior order regarding fees on October 30, 2008, by submitting his prison trust account statement, the statement is not certified by prison officials.  Plaintiff will be provided another opportunity to submit a <u>certified</u> copy of his prison trust account statement or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30 days of the date of this order, a <u>certified</u> copy of his prison trust account statement, or the appropriate filing fee.

DATED: November 12, 2008

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE